HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID DAVIDOW, et al., | NO. 2:22-cv-01594-RAJ |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ZALNATRAV, INC., et al., | |
| Defendants. | |

The following minute order is made at the direction of the court, the Honorable Richard A. Jones:

For the reasons set forth orally on the record at the motion hearing held on June 22, 2023, the Court **DENIES** the following Motions:

- Motion to Dismiss filed by Travis B Brandt (Dkt. # 20)
- Motion for Sanctions filed by Travis B Brandt (Dkt. # 22)
- Motion to Dismiss for Failure to State a Claim filed by Travis B Brandt (Dkt. # 33)
- Emergency Motion for Summary Judgment to Dismiss for Plaintiffs' Failure to Post TRO Rule 65(c) Bond filed by Travis B Brandt (Dkt. # 38)

MINUTE ORDER – 1

- Motion for Rule 56 Summary Judgment to Strike Ravenark and Rule 56 Summary Judgment to Dismiss Defendant Brandt filed by Travis B Brandt (Dkt. #39)
- Motion to Amend Order filed by Travis B Brandt (Dkt. # 60)
- Motion for Default Judgment Against Defendant Zalnatrav, Inc. filed by Sheryl  De Mers and David Davidow (Dkt. # 75)
- Motion to Dismiss filed by Travis B Brandt (Dkt. # 77)
- Motion to Stay filed by Travis B Brandt (Dkt. # 79)
- Motion to Dissolve Injunction filed by Travis B Brandt (Dkt. # 80)
- Motion for Summary Judgment filed by Travis B Brandt (Dkt. # 85)
- Motion for Default Judgment against Defendant Ravenark filed by Sheryl De Mers and David Davidow (Dkt. # 89)
- Motion for Sanctions filed by Travis B Brandt (Dkt. # 93)

DATED this 22nd day of June, 2023.


RAVI SUBRAMANIAN,
Clerk of the Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 2