The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID DAVIDOW and SHERYL DE MERS, domestic partners,<br><br>Plaintiffs,<br><br>v.<br><br>ZALNATRAV, INC., a Washington corporation; RAVENARK, a Washington sole proprietorship; TRAVIS B. BRANDT and JANE DOE BRANDT, husband and wife, and the marital community composed thereof,<br><br>Defendants. | Civil Action No. 2:22-cv-01594-RAJ<br><br>**ORDER** |

This matter has come before the Court on Plaintiffs' Motion to Voluntarily Dismiss RICO claim and for Entry of Final Judgment (Dkt. # 160). Defendant filed a Response (Dkt. # 165) in which he also requests that Plaintiffs' outstanding RICO claim be dismissed with prejudice. However, he objects to entry of an order stating that he consents to the entry of a final Judgment.

ORDER - 1

1  The parties appeared before this Court telephonically on February 6, 2024, and all
2  parties stipulated on the record to dismissal of Plaintiffs' RICO claim **with prejudice**.
3  The Court hereby finds it proper to **GRANT** Plaintiffs' Motion, and **ORDERS** that
4  Plaintiffs' RICO claim be dismissed with prejudice. The parties' trial date is hereby
5  vacated.

DATED this 6th day of February, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2