The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID DAVIDOW and SHERYL DE MERS, domestic partners,<br><br>Plaintiffs,<br><br>v.<br><br>ZALNATRAV, INC., a Washington corporation; RAVENARK, a Washington sole proprietorship; TRAVIS B. BRANDT and JANE DOE BRANDT, husband and wife, and the marital community composed thereof,<br><br>Defendants. | Civil Action No. 2:22-cv-01594-RAJ<br><br>**ORDER** |

THIS MATTER comes before the Court on Defendant Travis Brandt's request to pursue his appeal *in forma pauperis*. Dkt. # 179. Having reviewed the pleadings, the record, and relevant law, the Court **DENIES** Defendant's motion.

On January 24, 2024, this Court entered an order granting Plaintiffs' motion for

ORDER - 1

partial summary judgment (Dkt. # 123) and denying Defendant Brandt's motion for summary judgment dismissal of Plaintiffs' claims (Dkt. # 130), motion to compel attendance at settlement hearing (Dkt. # 131), motion regarding attorney's fees of $1,712 (Dkt. # 147), and motion regarding 17% interest (Dkt. # 148). Dkt. # 159. On February 6, 2024, all parties appeared for a telephonic conference and stipulated to the dismissal of the remaining civil RICO claim with prejudice. Dkt. # 168. This Court then entered an order memorializing the parties' stipulation, dismissed Plaintiffs' RICO claim with prejudice, and vacated the parties' trial date, thereby resolving the entirety of the parties' claims. Dkt. # 169. On February 15, 2024, this Court denied Defendant Brandt's motions seeking reconsideration of the summary judgment order and the order dismissing Plaintiffs' RICO claim with prejudice. Dkt. # 172. On February 28, 2024, Defendant Brandt filed a Notice of Appeal to the Ninth Circuit, Dkt. # 177, and then filed the instant motion for leave to proceed *in forma pauperis*.

      An indigent party who cannot afford the expense of pursuing an appeal may file a motion to proceed *in forma pauperis* in the district court. Fed. R. App. P. 24(a)(1). Federal rules require the litigant to submit an affidavit that: shows in detail the party's inability to pay or to give security for fees and costs, claims an entitlement to redress, and states the issues that the party intends to present on appeal. *Id.* Here, Defendant Brandt failed to submit an affidavit in support of his request, but asks that this Court accept his motion as "an equivalent financial declaration" to Form 4 in the Appendix of Forms Dkt. # 179 at 2.

      Defendant Brandt's motion states that in a February 2023 order, this Court noted that Defendant Brandt was unrepresented and did not have the funds to hire counsel for himself or his company Zalnatrav. *Id.* Defendant then discusses various financial transactions from 2021 and 2022 that were at issue in the underlying suit between Defendant Brandt and Plaintiffs Davidow and DeMers. He argues that the financial

ORDER - 2

transactions show that he made little money from his contract with Plaintiffs. Although Defendant Brandt provides no information as to his current income, he states that he is unemployed.

The Court does not find Defendant Brandt's declaration illuminating as to his current financial status. Instead of providing evidence of his current income and expenses, Defendant Brandt instead contests this Court's prior orders, seemingly to argue that "simple math" would have shown that this Court's adverse rulings against him were in error. *See, generally*, Dkt. # 179. Defendant Brandt has thus failed to show his inability to pay fees or costs "in detail" or to explain the issues he intends to present on appeal, as required by the federal rules. Fed. R. App. P. 24(a)(1)(C). Therefore, Defendant's motion to proceed *in forma pauperis* is **DENIED**.

DATED this 3rd day of May, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER - 3